RECEIVED
SDNY PRO SE OFFICE
2022 NOV 10  PM 2: 55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUTIU ADESINA OYELAKIN

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

_____ CV _____ (   ) (   )

-against-

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

IKEJA ELECTRIC AND MULTIPLE
NIGERIA GOVERNMENT OFFICIALS

(full name(s) of the defendant(s)/ respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/ petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed in forma pauperis (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1.  Are you incarcerated?           ☐ Yes        ☑ No    (If "No," go to Question 2.)
    I am being held at:    _____

    Do you receive any payment from this institution?   ☐ Yes    ☐ No

    Monthly amount:    _____

    If I am a prisoner, see 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
    directing the facility where I am incarcerated to deduct the filing fee from my account in installments
    and to send to the Court certified copies of my account statements for the past six months. See 28
    U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?      ☐ Yes        ☑ No

    If "yes," my employer's name and address are:


    Gross monthly pay or wages:    _____

    If "no," what was your last date of employment?    APRIL  1995

    Gross monthly wages at the time:    $3,000.00

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else
    living at the same residence as you received more than $200 in the past 12 months from any of the
    following sources? Check all that apply.

    (a) Business, profession, or other self-employment        ☐ Yes    ☑ No
    (b) Rent payments, interest, or dividends                 ☐ Yes    ☑ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments     ☐ Yes    ☑ No

(d) Disability or worker's compensation payments     ☐ Yes    ☑ No

(e) Gifts or inheritances     ☐ Yes    ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)     ☐ Yes    ☑ No

(g) Any other sources     ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

I'M A DEPORTEE DESTITUTE.. I SURVIVE FROM TRIVIAL GIFTS FROM GOOD SAMARITANS AROUND · PLEASE SEE ATTACHED AFFIDAVIT

4. How much money do you have in cash or in a checking, savings, or inmate account?

N/A

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

N/A

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

N/A

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

N/A

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

3RD NOVEMBER 2022

Dated                  Signature

OYELAKIN MUTIU A.

Name (Last, First, MI)          Prison Identification # (if incarcerated)

BLOCK V, PLOTS 6 & 7, EL-HILAL ESTATE OLAYEMI AYOBO, LAGOS STATE, NIGERIA

Address          City          State      Zip Code

+2348177024333          mutiu.oyelakin@aol.com

Telephone Number    or          E-mail Address (if available)

+2347068420180

IFP Application, page 2



# IN THE HIGH COURT OF LAGOS STATE
## IN THE IKEJA JUDICIAL DIVISION
## HOLDEN AT IKEJA

## SWORN AFFIDAVIT

I, **MUTIU ADESINA OYELAKIN**, Male, Muslim, of Block V, Plots 6 and 7, El-Hilal Estate, Olayemi Ayobo, off Akeem Salami Street, Alimosho Local Government Area, Lagos State, Nigeria do hereby make oath and declare as follows:

1. That I'm the above person.

2. That I'm a destitute facing Extreme Hardship, Social Hardship and Poverty since my deportation; I'm also unemployed.

3. That I only survive from trivial gifts from Good Samaritans around.

4. That I'm so poor that I cannot pay for application processing fees.

5. That, here in Nigeria, there is no unemployment claims or any form of benefits for the Destitute so; I have no source of income.

6. That, this affidavit is now required for record and official purposes.

7. That I depose to this Affidavit in good faith, contentiously believing same to be true and correct in accordance with the Oaths law of Lagos State, Nigeria.

**DEPONENT**

SWORN to at the Ikeja High Court, Lagos State, Nigeria this...........day of November, 2022.

Akinwande O. P.
Commissioner for Oaths
High Court of Lagos, Ikeja

**BEFORE ME**

**COMMISSIONER FOR OATHS**