UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTIU ADESINA OYELAKIN,<br><br>       Plaintiff,<br><br>-against-<br><br>OFFICIALS OF IKEJA ELECTRIC DISTRIBUTION COMPANY (IKEJA ELECTRIC), LAGOS NIGERIA, A NON-GOVERNMENTAL BODY, ET AL.,<br><br>       Defendants. | 22-CV-9680 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 27, 2023
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge